IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY STINSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACT. NO. 2:12cv412-TMH ) |
| GRAIG JACKSON, | ) ) |
| Defendant. | ) |

**OPINION and ORDER**

On May 10, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 4). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge. Upon an independent review of the file in this case and upon consideration of the Recommendations of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation be and is hereby ADOPTED;

2. That the plaintiff's unlawful and illegal arrest and imprisonment claims be and are hereby DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii);

3. That the plaintiff's § 1983 excessive bond claim be and is hereby DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i); and

4. That this case be and is hereby DISMISSED prior to service of process.

Done this the 7th day of June 2012.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE